Mr. 17-0629, Eric Brooker, appellant, v. Dmitry Fifanoff, v. West Jeff Auto Sales, LLC, doing business with Hawk Cadillac, at the lead by Steven Berhola. Is it Fifanoff or Fofanoff? I just want to thank you for coming over here to spend the rest of your morning. Proceed, Counselor. Thank you. I have kind of a jammy time lately because this is not my case. Ms. Julie Simpson is no longer with us. She's employed to teach law. And Bill Hutton, who was in front of our counsel, he had open-ended surgery. So I was asked to take over. I did not deal with this case for the last previous two years. So I do not know the record as well as the ease and all the other things for which I in advance apologize. But I did read it, and I didn't write the briefs either, so I had to work with what was already filed. But I did read everything, and with your permission, I would like to do the following. I assume you know the facts more or less. I would like to keep on the major points as I see them, which appear to be important to me. It will not take but five minutes. And after that, if the panel wishes to ask any questions, to the extent that I can, I will attempt to answer them. It's your argument. You can do it however you like. Thank you. Well, as you know, this is a dead-card transaction. When I read it, it took me the whole many weeks of work because there are two sets of contracts, and there was an affidavit from our client saying, I never signed this second set of contracts. I never even went there. Both of the sets have the same price for two different cars, one year apart. And of course, it is incredible because everybody knows, I think you can take traditional notes, that cars of different model years have different prices, even though they are both presumably the same. Both of the contracts have the same date, even though according to the affidavits filed by the defendants, even if they accept their affidavits as true, that is that Mr. Bruckner came the second time, according to their affidavits, it did not happen on the same day. It happened like three days later. And both of the contracts have the same, both sets of contracts, contractual papers, have the same date. If they have nothing to hide, why would they fake a date to begin with? So, but to my mind, there are two issues in this case with respect to the arbitration clause. One over-action issue and one subsidiary issue. The first one is, was there an arbitration agreement to begin with? Because if there was no arbitration agreement, they can't send a note to arbitration. And the second somewhat related argument is, what is the scope of that arbitration agreement? Because if you have an arbitration agreement with respect to a car, you can't send people to arbitrate a nonmergency case of trust in the states. So the question is, what is the scope of that arbitration agreement? So with respect to the first issue, was there an arbitration agreement? There's not a date in the record signed by Mr. Brookner.